161 A.3d 799

COMMONWEALTH of Pennsylvania, Respondent

v.

Anthony JOHNSON, Petitioner

No. 297 EAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.